**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2216**

_____

ERNEST BOADU,

        Petitioner,

    v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  September 19, 2023                Decided:  January 5, 2024

_____

Before RICHARDSON and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

**ON BRIEF:** Ronald D. Richey, LAW OFFICE OF RONALD D. RICHEY, Rockville, Maryland, for Petitioner.  Brian M. Boynton, Principal Deputy, Assistant Attorney General, Walter Bocchini, Senior Litigation Counsel, William C. Minick, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Boadu petitions for review of an order of the Board of Immigration Appeals (Board) affirming without opinion the Immigration Judge's (IJ) denial of his application for special rule cancellation of removal under 8 U.S.C. § 1229b(b)(2). The IJ denied relief both on the merits and as a matter of discretion. Under 8 U.S.C. § 1252(a)(2)(B)(i), we lack jurisdiction to review the discretionary denial of cancellation of removal unless Boadu presents colorable legal or constitutional claims pursuant to 8 U.S.C. § 1252(a)(2)(D). *See Gonzalez Galvan v. Garland*, 6 F.4th 552, 557-58 (4th Cir. 2021). Upon review, we find that Boadu's challenges to the adverse credibility finding and the Board's affirmance of the IJ without opinion, and his conclusory claim that the IJ violated his due process rights by failing to consider the evidence, are either not legal or not colorable and thus do not qualify for this exception.

Accordingly, we dismiss the petition for review for lack of jurisdiction.[*] We deny the Attorney General's motion for summary disposition as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Because the discretionary denial of relief is independently dispositive of Boadu's application for cancellation of removal, we need not reach his arguments on appeal challenging the agency's alternative merits determination. *See INS v. Bagamasbad*, 429 U.S. 24, 25 (1976) ("As a general rule courts and agencies are not required to make findings on issues the decision of which is unnecessary to the results they reach.").

2